```
                    UNITED STATES BANKRUPTCY COURT
                        DISTRICT OF PUERTO RICO
```

| | |
|---|---|
| IN RE:<br>ANGEL LUIS PICA CARTAGENA<br>RWENDY ORTIZ LOPEZ<br><br>　　　　　DEBTOR(S) | CASE NO. 09-03822-EAG<br><br>CHAPTER 13 |

## TRUSTEE'S REPORT REGARDING UNCLAIMED MONEY

TO THE HONORABLE COURT:

　　　NOW COMES Jose R. Carrion, Chapter 13 Trustee, and very respectfully alleges and prays:

1.　The Trustee has in his possession funds destined for a creditor as detailed below:

WACHOVIA / ACS
PO BOX 22724
LONG BEACH, CA  90801-5724

2.　The Trustee holds the mentioned funds since creditor(s) failed to claim them and/or provide accurate address, and therefore, the check(s) have been returned by the US Postal Office.


　　　WHEREFORE, for the reason stated, it is respectfully requested from the Court to note the above and allow the deposit of these funds with the Clerk of the Court, by check number #0585539 for the amount of $1,392.39.


30 DAY NOTICE AND CERTIFICATE OF SERVICE: Pursuant to BR 3007 the Chapter 13 Trustee certifies that a copy of this motion has been served by regular US Mail on this same date to: the Debtor(s), his/her/their attorney the objected claimant and its counsel of record (if any) and are hereby notified that unless an opposition to this motion is submitted in writing within 30 days from the date appearing in the certificate of service,infra, the Court may grant this motion without the need of an actual hearing. (See attached Verified Statement)


DATE: October 11, 2011　　　　　　　　　　　　/s/ José R. Carrión
　　　　　　　　　　　　　　　　　　　　　　　José R. Carrión, Trustee
　　　　　　　　　　　　　　　　　　　　　　　PO Box 9023884, Old San Juan
　　　　　　　　　　　　　　　　　　　　　　　San Juan, PR 00902-3884
　　　　　　　　　　　　　　　　　　　　　　　Tel. (787) 977-3535
　　　　　　　　　　　　　　　　　　　　　　　Fax　(787) 977-3550

VERIFIED STATEMENT

The undersigned, of legal age and as employee of Jose R. Carrion, Chapter 13 Trustee Office, hereby certifies that on this same date, I personally and duly notified a true and exact copy of the attached motion to each party below listed.

| | |
|---|---|
| ANGEL LUIS PICA CARTAGENA<br>RWENDY ORTIZ LOPEZ<br>41-SOUTH CALLE JOSE M ANGELI<br>GUAYAYMA, PR  00784 | ROBERTO FIGUEROA CARRASQUILL*<br>PO BOX 193677<br>SAN JUAN, PR  00919-3677 |
| WACHOVIA / ACS<br>PO BOX 22724<br>LONG BEACH, CA  90801-5724 | |

In San Juan, Puerto Rico this Tuesday, October 11, 2011.

*Olga Sosa*
_____
Chapter 13 Clerk